IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MAXIMO CIELO RAMIREZ ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:25-CV-00200-RWS |
| ) | |
| GARY STOLZER, et al., ) | |
| ) | |
| Respondents. ) | |

*So Ordered*

*[signature] USDJ*
*2/5/26*

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Petitioner, **MAXIMO CIELO RAMIREZ**, by and through counsel, **CARLA I. ESPINOZA**, in consultation with counsel for Respondents, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). In his immigration proceedings, Petitioner accepted voluntary departure from the United States and, thus, this action is now moot.

Dated: February 4, 2026                                Respectfully submitted,

                                                                              /s/Carla I. Espinoza
                                                                              **CARLA I. ESPINOZA**
                                                                              Attorney for Petitioner


                                                                              /s/Joshua M. Jones
                                                                              **JOSHUA M. JONES**
                                                                              Attorney for Respondents

**CARLA I. ESPINOZA**
Attorney at Law
Immigration Law Office of Moises L. Barraza, LLC
1981 West Downer Place, Suite 401
Aurora, Illinois 60506
carla@barraza-law.com
(779) 379-2770

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Missouri by using the CM/ECF system. All parties to this case are registered CM/ECF users and will be served through the CM/ECF system.

Dated: February 4, 2026                                                                 Respectfully submitted,

/s/Carla I. Espinoza
**CARLA I. ESPINOZA**
Attorney for Petitioner

**CARLA I. ESPINOZA**
Attorney at Law
Immigration Law Office of Moises L. Barraza, LLC
1981 West Downer Place, Suite 401
Aurora, Illinois 60506
carla@barraza-law.com
(779) 379-2770